JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA O'DEA et al., <br><br> Plaintiffs, <br><br> v. <br><br> RB HEALTH (US) LLC, <br><br> Defendant. | Case No. 2:24-cv-07048-SB-BFM <br><br> FINAL JUDGMENT |

For the reasons stated in the separate order granting Defendant's motion to dismiss Plaintiffs' second amended complaint entered this day, it is ORDERED AND ADJUDGED that Plaintiffs' claims are dismissed on the merits with prejudice for failure to state a claim, except that Plaintiffs' request for injunctive relief is dismissed without prejudice for lack of Article III standing.

This is a final judgment.

Date: April 22, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge